USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND, BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP AND
SAFETY FUND SEIU LOCAL 32BJ
CONNECTICUT DISTRICT PENSION FUND

                 Plaintiffs,

        -v-

SJ SERVICES, INC.,

                 Defendant.
------------------------------------------------------------------X

**ORDER**

1:20-CV-1652 (GHW) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a settlement conference in this case today. As discussed at the end of the conference, the parties are directed to report on the status of their further settlement discussions to the Court no later than **August 6, 2020**. The parties should do so by emailing a letter update to CottNYSDChambers@nysd.uscourts.gov.

      **SO ORDERED.**

Dated: July 30, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge